**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | CASE NO. |
| | JUDGE |
| **vs.** | **INFORMATION** |
| **MOHAMMED BURHAN ALI,** | **18 U.S.C. § 1951(a)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(Interference with Commerce by Robbery)**

1.     At all times material to this Information, the Shell Gas Station located at 5340 Tuttle Crossing Blvd., Dublin, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said Shell Gas Station utilized credit card machines, and intended to purchase and did purchase items made by manufacturers and producers outside the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said Shell Gas Station within the State of Ohio.

2.     On or about October 5, 2022, in the Southern District of Ohio, the defendant, **MOHAMMED BURHAN ALI**, did knowingly and unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951(b), in that the defendant, **MOHAMMED BURHAN ALI**, did unlawfully take and obtain United States currency belonging to the said Shell Gas Station, from an employee having lawful custody of such currency and against the employee's will, by

means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, by robbery of the employee with a firearm.

**In violation of 18 U.S.C. § 1951(a).**

## COUNT TWO
### (Interference with Commerce by Robbery)

3.      At all times material to this Information, the Speedway located at 1434 Bethel Rd., Columbus, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said Speedway utilized credit card machines, and intended to purchase and did purchase items made by manufacturers and producers outside the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said Speedway within the State of Ohio.

4.      On or about October 10, 2022, in the Southern District of Ohio, the defendant, **MOHAMMED BURHAN ALI**, did knowingly and unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951(b), in that the defendant, **MOHAMMED BURHAN ALI**, did unlawfully take and obtain United States currency belonging to the said Speedway, from an employee having lawful custody of such currency and against the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, by robbery of the employee with a firearm.

**In violation of 18 U.S.C. § 1951(a).**

## COUNT THREE
### (Interference with Commerce by Robbery)

5.      At all times material to this Information, the Marco's Pizza located at 4996 Cosgray Rd., Hilliard, Ohio, was engaged in commercial activities in and affecting commerce,

that is, the said Marco's Pizza utilized credit card machines, and intended to purchase and did purchase items made by manufacturers and producers outside the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said Marco's Pizza within the State of Ohio.

6. On or about October 22, 2022, in the Southern District of Ohio, the defendant, **MOHAMMED BURHAN ALI**, did knowingly and unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951(b), in that the defendant, **MOHAMMED BURHAN ALI**, did unlawfully take and obtain United States currency belonging to the said Marco's Pizza, from an employee having lawful custody of such currency and against the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, by robbery of the employee with a firearm.

**In violation of 18 U.S.C. § 1951(a).**

KENNETH L. PARKER
United States Attorney

JENNIFER M. RAUSCH (0075138)
KEVIN W. KELLEY (0042406)
Assistant United States Attorneys